1   COASTAL PACIFIC LEGAL GROUP
    MARK A. GOLOVACH (SBN 220760)
2   markg@coastalpacificlegal.com
3   501 W. Broadway, Suite 800
    San Diego, California 92101
4   Telephone: 619/400-4895 – Facsimile: 619/684-3601

5   ***Attorneys for Plaintiff***
6   ***Damon Terrell***

7   MORRISON & FOERSTER LLP
8   REBEKAH KAUFMAN (BAR NO. 213222)
    RKaufman@mofo.com
9   425 Market Street
10  San Francisco, California  94105-2482
    Telephone: 415/268-7000 / Facsimile: 415/268-7522
11
12  ***Attorneys for Defendants***
    ***California Commerce Club, Inc.***
13  ***and Commerce Casino***

14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17                    WESTERN DIVISION

18

| | |
|---|---|
| 19 DAMON TERRELL, Individually and on Behalf of All Others Similarly Situated, | Case No.: 2:11-cv-10285-AHM-(MANx) |
| 21 | |
| 22             Plaintiff, | **ORDER APPROVING STIPULATION TO DISMISS CASE** |
| 23       vs. | |
| 24 CALIFORNIA COMMERCE CLUB, INC., COMMERCE CASINO, and DOES 1-10, inclusive, | |
| 27             Defendants. | |

28

1   The Court, having reviewed the Stipulation to Dismiss Case, by plaintiff

2   DAMON TERRELL ("Plaintiff") and defendants CALIFORNIA COMMERCE

3   CLUB, INC. ("Commerce Club") and COMMERCE CASINO ("Commerce

4   Casino") (collectively, "Defendants"), filed July 17, 2012, and good cause

5   showing, hereby orders the following:

6   Plaintiff's individual claims against Defendants shall be dismissed with

7   prejudice, with each party to bear its own fees and costs.

8   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10  DATED: August 27, 2012

11

12

13  _____

    Honorable A. Howard Matz

14  United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER